IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **RACHEL KIERNAN** | ) |
| Plaintiff | ) |
| | ) **17-cv-1410-NYW** |
| v. | ) |
| **ALPINE CREDIT, INC.** | ) |
| Defendant | ) |

## ANSWER

COMES NOW THE DEFENDANT, Alpine Credit, Inc., and here Answers the Complaint of the Plaintiff as follows:

### JURISDICTION

1. Defendant admits the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2..

### VENUE

3. Defendant admits the allegations of paragraph 3.

4. Defendant admits the allegations of paragraph 4.

5. Defendant admits the allegations of paragraph 5.

6. Defendant admits the allegations of paragraph 6.

7. Defendant admits the allegations of paragraph 7.

### PARTIES

8. Defendant admits the allegations of paragraph 8.

9. Defendant admits the allegations of paragraph 9.

### FACTUAL ALLEGATIONS

10. Defendant has insufficient knowledge upon which to admit or deny the allegations of paragraph 10, and therefor denies them.

11. Defendant admits the allegations of paragraph 11.

12. Defendant has insufficient knowledge upon which to admit or deny the allegations of paragraph 12, and therefor denies them.

13. Defendant denies the allegations of paragraph 13.

14. Defendant does not understand the allegations of paragraph 14; to the extent that Defendant understands them, they are denied.

15. Defendant has insufficient knowledge upon which to admit or deny the allegations of paragraph 15, and therefor denies them..

16. Defendant has insufficient knowledge upon which to admit or deny the allegations of paragraph 16, and therefor denies them.

17. Defendant denies the allegations of paragraph 17.

18. The allegations of paragraph 18 do not call for admission or denial from the Defendant.

19. The Defendant denies the allegations of 19 to the extent that allegations are therein set forth.

20. To the extent that paragraph 20 contains allegations, those are denied by Defendant.

21. Defendant denies both allegations of paragraph 21.

22. To the extent that paragraph 22 contains allegations against the Defendant, those are denied by Defendant.

23. To the extent that paragraph 23 contains allegations against the Defendant, those are denied by Defendant.

24. To the extent that paragraph 24 contains allegations against the Defendant, those are denied by Defendant.

25. Defendant has insufficient knowledge upon which to admit or deny the allegations of paragraph 25, and therefor denies them.

26. Defendant has insufficient knowledge upon which to admit or deny the allegations of paragraph 26, and therefor denies them.

27. Defendant denies the allegations of paragraph 27.

## CLAIMS FOR RELIEF

28. The allegations of paragraph 28 do not call for admission or denial by the Defendant.

29. Defendant denies the allegations of paragraph 29.

30. Defendant denies the allegations of paragraph 30, and all allegations of the Prayer for Relief.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim for relief;

2. Any violation of FDCPA was unintentional, and resulted from a bona fide error within the meaning of 15 USC § 1692k;

3. Any violation of FDCPA resulted from the acts of third persons over whom the Defendant has no duty of control.

Respectfully submitted this June 24, 2017.

*/s/ Alan Greenberg*
Alan Greenberg, Esq.
770 W. Hampden Ave., Suite 227
Englewood, CO  80110
(303) 781-3529
alan@greenberglegal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing Answer was this June 24, 2017 filed electronically and served pursuant to F.R.C.P. 5 via PACER/ECF to:

Troy D Krenning
640 E Eisenhower 200
Loveland CO  80537
970-292-8290
Via email: troy@krenninglaw.com

             ***/s/ Alan Greenberg***
             Alan Greenberg, Esq.
             770 W. Hampden Ave., Suite 227
             Englewood, CO  80110
             (303) 781-3529
             alan@greenberglegal.com
             Attorney for Defendant