IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 17-cv-01410-NYW | Date: | July 26, 2017 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| RACHEL KIERNAN, | *Troy Dean Krenning (via telephone)* |
| **Plaintiff,** | |
| v. | |
| ALPINE CREDIT, INC., | *Alan Greenberg* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session: 10:32 a.m.

Appearance of counsel.

Initial Disclosures shall be made on or before July 24, 2017.

The documents identified in the Initial Disclosures shall be produced on or before July 24, 2017.

Parties discuss if a protective order will be necessary in this case. Parties do not anticipate needing a protective order.

Each side is allowed:
Two (2) depositions; including experts, no deposition may exceed one day of five hours.
Fifteen (15) interrogatories, including discrete subparts;
Fifteen (15) requests for production of documents;
Fifteen (15) requests for admissions, excluding those used for authentication of documents.

Deadline for joinder of parties and amendment of pleadings: September 8, 2017.

Discovery cut-off: December 26, 2017.

Dispositive motion deadline: February 28, 2018.

Parties do not anticipate any experts.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

A Final Pretrial Conference is set for April 17, 2018, at 11:00 a.m. before Magistrate Judge Nina Y. Wang in Courtroom C-204. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference. If there are no contested issues, parties may move the court to vacate conference and enter the pretrial order.

If parties do not file any dispositive motions, they may contact the court to request an earlier Final Pretrial Conference by filing a Joint Motion to Reset the Pretrial Conference.

Magistrate Judge Nina Y. Wang's practice standards are available on the courts' website.

Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is determinable without briefing, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  10:46 a.m.            Hearing concluded.            Total time in Court: 00:14

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.