# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**Civil Action No.: 17-CV-01410-NYW**

**RACHEL KIERNAN,**

    **Plaintiff,**

**v.**

**ALPINE CREDIT, INC,**

    **Defendant.**

---

## PLAINTIFF'S 26(a)(1) DISCLOSURES

---

Plaintiff, Rachel Kiernan, by and through her attorney, Troy D. Krenning of the Law Office of Troy D. Krenning, LLC, hereby makes the following Disclosures pursuant to Fed.R.Civ.P. 26(a)(1):

### I.  PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

The following individuals are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

1. Ms. Rachel Kiernan
   132 Wagon Tongue Rd.
   Bailey, CO 80421

   Ms. Kiernan is the Plaintiff in this action, and is expected to have knowledge and information regarding the allegations set forth in her complaint.

2. Any witnesses necessary for rebuttal or impeachment.

## II.    DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS

The following documents, data compilations and tangible things are relevant to the disputed facts alleged with particularity in the pleadings.

## III.    COMPUTATION OF DAMAGES AND OTHER MATTERS

*15 U.S.C. § 1692ka(2)(A)* provides that should Plaintiff prevail in this matter he can recover statutory damages not to exceed $1,000.  Further, 15 U.S.C. § 1692ka(1) provides that should Plaintiff prevail, he may recover for any actual damages suffered.  Plaintiff seeks the maximum statutory damages allowed under law, as well as attorneys' fees and costs.

## IV.    INSURANCE

None for the Plaintiff.

Dated this 18th day of July 2017.

                    Respectfully submitted,

                    ***/s/Troy D. Krenning***
                    Law Office of Troy D. Krenning, LLC
                    640 E. Eisenhower Blvd., Suite 200
                    Loveland, CO 80537
                    (970) 292-8290
                    (303) 583-8325 FAX
                    Email: troy@krenninglaw.com

3

## **Certificate of Service**

      I hereby certify that on July 18, 2017, I provided the above disclosures to counsel via e-mail and regular mail to:

    [Alan@greenberglegal.com](mailto:Alan@greenberglegal.com)
    Alan Greenberg
    Greenberg & Sada, PC
    770 Hampden Ave., Ste 227
    Englewood, CO 80110

                                          ***/s/Mandy Jones***
                                              Paralegal