IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| RACHEL KIERNAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | 17-cv-1410-NYW |
| v. | ) | |
| | ) | |
| **ALPINE CREDIT, INC.** | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S FRCP 26(A)(1) DISCLOSURE**

COMES NOW THE DEFENDANT, Alpine Credit, Inc., and here submits its Rule 26(a)(1) disclosure as follows:

**PERSONS WITH KNOWLEDGE**

1. Plaintiff, as to all issues

2. Scott Allely, CEO of Defendant, as to all issues, all communications with any party, and as to Defendant's licensure..

**DOCUMENTS AND THINGS**

1. Defendant's Colorado collection agency license, attached, one page.

2. Defendant's response to inquiry from the Administrator of CFDCPA, attached.

3. Administrator's response to complaint of Plaintiff, attached.

4. Account history for the subject file, attached.

5. Account notes for the subject file, attached.

Respectfully submitted this August 1, 2017.

*/s/ Alan Greenberg*
*Original duly signed and retained*
Alan Greenberg, Esq.
Attorney for Plaintiff
770 W. Hampden Ave., Suite 227
Englewood, CO  80110
(303) 781-3529

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Disclosure and exhibits thereto, were served by electronic means this August 1, 2017 to:

Troy Krenning
troydklaw@msn.com

*/s/ Alan Greenberg*
*Original on file*