

# COLORADO COLLECTION AGENCY BOARD

Department of Law

RENEWAL LICENSE
2017-2018

**This is to Certify that:**

ALLEGIANT RECEIVABLES SOLUTIONS INC DBA
ALLEGIANT COLLECTION SERVICES INC DBA
ALLEGIANT CREDIT SERVICES INC DBA ALPINE CREDIT INC
12191 W 64TH AVE
ARVADA, CO  80004

**is duly licensed and authorized to act as a COLLECTION AGENCY in the State of Colorado, License Number 992333, pursuant to Title 12, Article 14, Colorado Revised Statutes, as amended, and has paid the fee as required by law.**

This license is valid from July 1, 2017 through July 1, 2018
NOT TRANSFERABLE

_Julie Ann Meade_
Administrator