```
                         Allegiant Receivables Solutions, Inc.
                              DEBTOR ACCOUNT HISTORY              JUN 13, 2017

        MASTER RECORD:

     NAME: KIERNAN, RACHEL BYERS              SPOUSE:
     1ADD: 132 WAGON [redacted]     BAD ADD: N
     2ADD:                          BUSINESS:
     CITY: [redacted]               ST ZIP: CO 80421
     PHONE:                         S.S.N.: [redacted]
   LIC NO:  PAT DOB: [redacted]     EMPLOY:
      REM: [redacted]
      REM:
                                        7 - BRENNEMAN, JANICE


------------------------------------ACTIONS---------------------------------
             0408'05>06 00414142  0408'05>06 00414143  0408'05>06 00414144
             0408'05>06 00414145




------------------------------------ HISTORY -------------------------------
01020917:16:05  COLLECTOR 03*** REC'D DISPUTE FROM EQUIFAX\SZ NOT AWARE\ACCNT
                321178\ANS ALL CORRECT
03021717:09:12  REC'D DISPUTE FROM EQUIFAX\SZ IDENTITY FRAUD\ACCNT 414143\ANS
                ALL CORRECT
03021717:09:13  REC'D DITTO FROM EQUIFAX\SZ IDENTITY FRAUD\ACCNT 414145\ANS
                ALL CORRECT
03022317:09:00  REC'D DISPUTE FROM EQUIFAX\SZ NOT MINE\ACCNT 414145\ANS ALL
                CORRECT
01022617:16:20  REQUESTED DEBTOR STATEMENT
01022617:16:21  REC CAB COMPLAINT - CLAIMS CANT FIND US - COMPL ABT PREV ADDS
                & INTERNET? - RESPONDED TO COMPLAINT - SNT HER I\S WITH D\S
01022617:16:21  TREAT AS DISP\CEASE COMM AND JUST SUE HER
```

```
DEBTOR NAME: RACHEL BYERS KIERNAN                              PAGE #   1
------------------------------------------------------------------------------
2012/10/22:10:24 MC00414145 COL:00 CALLED RES JUST RANG
2012/12/26:15:35 MC00414145 COL:04 CLD RESIDENCE ALL IT DID WAS RING UNABLE TO LEAVE MSG
2013/08/23:15:30 MC00414145 COL:04 DISC
2014/06/17:11:10 MC00414145 COL:04 PHNRES DISC PHN 2287 SZ RACHEL LMOR
2014/07/01:08:47 MC00414145 COL:04 PHNRES DISC TAKING OUT 303 816 2174 SCH ACCUR NNI
2014/08/01:10:09 MC00414145 COL:04 PHNRES SZ FULL NAME LMOR
2014/08/29:09:55 MC00414145 COL:04 PHNRES SZ NAME LMOR
2014/09/26:13:01 MC00414145 COL:04 PHNRES DISCO SRCH ACCRNT NNI
2016/06/27:09:42 MC00414145 COL:04 CLLD #2287 LMOM
2016/06/27:09:48 MC00414145 COL:04 PHNRES SZ RACHEL LMOR
2016/06/27:09:48 MC00414145 COL:04 SRCH TLO 132 WAGON TONGUE IS CURRNT FD DBTR SSN#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
2016/06/27:09:48 MC00414145 COL:04 CLLD #2287 LMOM.
2016/06/27:09:49 MC00414145 COL:04 SCH TLO 132 WAGON SHOWS CURRENT WILL SEND NOTICE
2016/06/27:09:49 MC00414145 COL:04 *
2016/12/30:11:36 MC00414145 COL:00 REC'D DISPUTE FROM EQUIFAX ACCT 04 SZ NOT MINE ANS ALL CORREC
2016/12/30:11:37 MC00414145 COL:00 HAS NEW ADDS ████████████████ STE 222 ALBUQUERQUE NM:NEW
2017/01/24:14:12 MC00414145 COL:00 REC'D DISPUTE FROM EQUIFAXSZ NOT MINEACCNT 02ANS ALL CORRECT
2017/01/24:14:13 MC00414145 COL:00 ADDRSS SHOWN ON DISPUTE IS 2401 ██████ DR NE STE 222 ALBUQ
2017/02/04:10:29 AC00414142 COL:77 KIERNAN - RACHEL BYERS - 132 WAGON TONGUE - 80421000000 - BAI
EMPLOYED, HOME ADDRE - ████████4 - PAT DOB: ████████ - 7 - BRENNEMAN, JANICE - 71010 CHG: 26.0
2017/02/04:10:29 AC00414143 COL:77 KIERNAN - RACHEL BYERS - 132 WAGON TONGUE - 80421000000 -
EMPLOYED, HOME ADDRE - ████████ - PAT DOB: ████████ - 22 - FLEISHMAN, MATTHEW - 71275 CHG: 15
2017/02/04:10:29 AC00414144 COL:77 KIERNAN - RACHEL BYERS - 132 WAGON TONGUE - 80421000000 -
EMPLOYED, HOME ADDRE - ████████ - PAT DOB: ████████ - 22 - FLEISHMAN, MATTHEW - 76705 CHG: 43
2017/02/04:10:29 AC00414145 COL:77 KIERNAN - RACHEL - 132 WAGON TONGUE - 80421000000 - BAILEY
4-20-1971 - 80 - OLSEN, KATHRYN - 71260 CHG: 555.00
2017/02/09:16:05 MC00414145 COL:01 COLLECTOR 03*** REC'D DISPUTE FROM EQUIFAX\SZ NOT AWARE\ACCNT
2017/02/17:09:12 MC00414145 COL:03 REC'D DISPUTE FROM EQUIFAX\SZ IDENTITY FRAUD\ACCNT 414143\ANS
2017/02/17:09:13 MC00414145 COL:03 REC'D DITTO FROM EQUIFAX\SZ IDENTITY FRAUD\ACCNT 414145\ANS A
2017/02/23:09:00 MC00414145 COL:03 REC'D DISPUTE FROM EQUIFAX\SZ NOT MINE\ACCNT 414145\ANS ALL C
2017/02/26:16:20 MC00414145 COL:01 REQUESTED DEBTOR STATEMENT
2017/02/26:16:21 MC00414145 COL:01 REC CAB COMPLAINT - CLAIMS CANT FIND US - COMPL ABT PREV ADDS
COMPLAINT - SNT HER I\S WITH D\S
2017/02/26:16:21 MC00414145 COL:01 TREAT AS DISP\CEASE COMM AND JUST SUE HER
2017/02/26:16:33 MP00414145 COL:01 7204322287
2017/02/26:16:35 VI00414145 USR:SCOTT FORCE FED TO COLLECTOR 05 ON 02/26/17
2017/04/08:00:00 MA00414145 MANAGER CHANGE: '05>06 00414142
2017/04/08:00:00 MA00414145 MANAGER CHANGE: '05>06 00414143
2017/04/08:00:00 MA00414145 MANAGER CHANGE: '05>06 00414144
2017/04/08:00:00 MA00414145 MANAGER CHANGE: '05>06 00414145
2017/04/24:14:47 AC00414142 COL:CR NO DATE OF DELINQUENCY
2017/04/24:14:47 AC00414143 COL:CR NO DATE OF DELINQUENCY
2017/04/24:14:47 AC00414144 COL:CR NO DATE OF DELINQUENCY
2017/04/24:14:47 AC00414145 COL:CR NO DATE OF DELINQUENCY
2017/05/22:00:00 AA00414143 COL:CF CREDIT FLAG CHANGED FROM REPORTED/UPDATED TO NEW ACCOUNT ON A
2017/05/22:00:00 AA00414145 COL:CF CREDIT FLAG CHANGED FROM REPORTED/UPDATED TO NEW ACCOUNT ON A
```

```
                    DEBTOR ACCOUNT HISTORY CONTINUED -
      SINGLE ACCOUNT: KIERNAN , RACHEL BYERS                    JUN 13, 2017

------------------------------------------------------------------------------
           ACCOUNT #: [redacted]    CLIENT DEBTOR #: [redacted]

     TYPE OF ACCOUNT:  1
     CLIENT NAME: RADIOLOGY IMAGING ASSOC.     FORWARDED (BY/TO):
            FOR: RACHEL BYERS KIERNA              FORWARDED FOR:
            REM:                                  COLLECTOR CODE:06
     CLIENT NO. : 3051
     LAST LETTER:        DOCUMENT CODE (1-9):   INTEREST FM(R/S/J): S  INTEREST %: 8.00
       LABEL/CARD: N         NEW BUSINESS: N    DATE OF REFERRAL: 090712
       CREDIT FLAG: D       BULLETIN CODE: 00   DATE OF SERVICE: 042212
        CLERK CODE: CNV      STATUS CODE: PRI   DATE OF LAST PAYMENT: 0
              RATE: 30        S/L NUMBER: 00       JACK DATE: 021917


     AMOUNT REFERRED:          $      26.00
     PRINCIPAL BALANCE:        $      26.00
     ACCUMULATED INTEREST:     $       0.00
     OTHER CHARGES:            $       0.00
     COURT COSTS:              $       0.00
     ATTORNEY FEES:            $       0.00
     OTHER:                    $       0.00
     INTEREST:                 $      10.70

     ACC'T BAL:                $      36.70


                    PAYMENT TRANSACTION HISTORY
TYPE    DATE    PAYMENT    PAID ON      PAID ON     PAID ON      PAID ON     PAID ON     PAID ON
                AMOUNT     PRINCIPAL    INTEREST    OTHER CHGS   COURT COST  ATTY FEES   OTHER
------------------------------------------------------------------------------------------------
                         NO PAYMENTS THIS ACCOUNT
```

```
                     DEBTOR ACCOUNT HISTORY CONTINUED -
     SINGLE ACCOUNT: KIERNAN , RACHEL BYERS                    JUN 13, 2017

-------------------------------------------------------------------------------
            ACCOUNT #:   ▓▓▓▓▓▓     CLIENT DEBTOR #:   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    TYPE OF ACCOUNT:   1
    CLIENT NAME: RADIOLOGY IMAGING ASSOC.         FORWARDED (BY/TO):
         FOR: RACHEL BYERS KIERNA                   FORWARDED FOR:
         REM:                                         COLLECTOR CODE:06
    CLIENT NO. : 3051
    LAST LETTER:         DOCUMENT CODE (1-9):     INTEREST FM(R/S/J): S  INTEREST %: 8.00
     LABEL/CARD: N          NEW BUSINESS: N         DATE OF REFERRAL: 051614
     CREDIT FLAG: D         BULLETIN CODE: 00       DATE OF SERVICE: 123013
      CLERK CODE: CNV       STATUS CODE: PRI    DATE OF LAST PAYMENT:  0
            RATE: 30        S/L NUMBER: 00              JACK DATE: 021917

    AMOUNT REFERRED:        $     122.01
    PRINCIPAL BALANCE:      $     122.01
    ACCUMULATED INTEREST:   $       0.00
    OTHER CHARGES:          $       0.00
    COURT COSTS:            $       0.00
    ATTORNEY FEES:          $       0.00
    OTHER:                  $       0.00
    INTEREST:               $      33.72

    ACC'T BAL:              $     155.73


                   PAYMENT TRANSACTION HISTORY
TYPE   DATE     PAYMENT     PAID ON     PAID ON     PAID ON     PAID ON    PAID ON    PAID ON
                AMOUNT      PRINCIPAL   INTEREST  OTHER CHGS  COURT COST  ATTY FEES    OTHER
-------------------------------------------------------------------------------
                         NO PAYMENTS THIS ACCOUNT
```

```
                    DEBTOR ACCOUNT HISTORY CONTINUED -
      SINGLE ACCOUNT: KIERNAN , RACHEL BYERS                        JUN 13, 2017
------------------------------------------------------------------------------

         ACCOUNT #:    [redacted]    CLIENT DEBTOR #:    [redacted]

   TYPE OF ACCOUNT:   1
   CLIENT NAME: RADIOLOGY IMAGING ASSOC.      FORWARDED (BY/TO):
          FOR: RACHEL BYERS KIERNA                FORWARDED FOR:
          REM:                                    COLLECTOR CODE:06
   CLIENT NO. : 3051
   LAST LETTER:          DOCUMENT CODE (1-9):     INTEREST FM(R/S/J): S  INTEREST %: 8.00
     LABEL/CARD: N         NEW BUSINESS: N        DATE OF REFERRAL: 070114
    CREDIT FLAG: D        BULLETIN CODE: 00       DATE OF SERVICE: 010314
     CLERK CODE: CNV       STATUS CODE: PRI     DATE OF LAST PAYMENT:  0
           RATE: 30         S/L NUMBER: 00              JACK DATE: 021917


   AMOUNT REFERRED:           $       42.80
   PRINCIPAL BALANCE:         $       42.80
   ACCUMULATED INTEREST:      $        0.00
   OTHER CHARGES:             $        0.00
   COURT COSTS:               $        0.00
   ATTORNEY FEES:             $        0.00
   OTHER:                     $        0.00
   INTEREST:                  $       11.79

   ACC'T BAL:                 $       54.59


                     PAYMENT TRANSACTION HISTORY
TYPE   DATE    PAYMENT    PAID ON     PAID ON       PAID ON      PAID ON      PAID ON     PAID ON
               AMOUNT     PRINCIPAL   INTEREST      OTHER CHGS   COURT COST   ATTY FEES   OTHER
------------------------------------------------------------------------------------------------
                              NO PAYMENTS THIS ACCOUNT
```

```
                       DEBTOR ACCOUNT HISTORY CONTINUED -
        SINGLE ACCOUNT: KIERNAN , RACHEL BYERS                       JUN 13, 2017
------------------------------------------------------------------------------
           ACCOUNT #:   4▒▒▒▒▒   CLIENT DEBTOR #:   2▒▒▒▒▒-▒▒▒-▒▒▒▒▒

     TYPE OF ACCOUNT:   1
     CLIENT NAME: MEDICAL IMAGING OF COLO.        FORWARDED (BY/TO):
            FOR: RACHEL KIERNAN                   FORWARDED FOR:
            REM:                                       COLLECTOR CODE:06
     CLIENT NO. : 3050
     LAST LETTER:         DOCUMENT CODE (1-9):    INTEREST FM(R/S/J): S  INTEREST %: 8.00
      LABEL/CARD: N          NEW BUSINESS: N      DATE OF REFERRAL: 060415
     CREDIT FLAG: D          BULLETIN CODE: 00    DATE OF SERVICE: 121914
      CLERK CODE: CNV        STATUS CODE: PRI     DATE OF LAST PAYMENT:  0
            RATE: 30         S/L NUMBER: 00             JACK DATE: 021917

     AMOUNT REFERRED:         $       150.00
     PRINCIPAL BALANCE:       $       150.00
     ACCUMULATED INTEREST:    $         0.00
     OTHER CHARGES:           $         0.00
     COURT COSTS:             $         0.00
     ATTORNEY FEES:           $         0.00
     OTHER:                   $         0.00
     INTEREST:                $        29.82

     ACC'T BAL:               $       179.82


                    PAYMENT TRANSACTION HISTORY
TYPE    DATE    PAYMENT    PAID ON     PAID ON    PAID ON    PAID ON     PAID ON    PAID ON
                AMOUNT     PRINCIPAL   INTEREST   OTHER CHGS COURT COST  ATTY FEES   OTHER
------------------------------------------------------------------------------------------
                            NO PAYMENTS THIS ACCOUNT

GRAND TOTALS      0.00       0.00        0.00       0.00       0.00        0.00       0.00
```

```
                          ALPINE CREDIT, INC.
                          12191 W. 64TH AVENUE
                          SUITE 210
                          ARVADA, CO 80004

1CFFB7    KIERNAN, RACHEL BYERS                          AMT OWING    PAYMENTS
09/07/12       WAGON                                        340.81        0.00
11  004 Y                                                    85.75        0.00
              BAILEY              CO  N                       0.00        0.00
07/27/16  80421-0000-00                                       0.00        0.00
Y   12    PAT DOB: 4/20/1971      7 - BRENNEMAN, JANICE   Balance:      426.56
------------------------------------------------------------------------------
2AE0A5 09/07/12 99 ****FIRST-001****
2B7FCF 10/22/12 01 CALLED RES JUST RANG
2C727C 12/26/12 11 CLD RESIDENCE ALL IT DID WAS RING UNABLE TO LEAVE MSG
2FED8A 08/23/13 11 DISC
349AF7 05/16/14 99 ****FIRST-002****
352A80 06/17/14 11 PHNRES DISC PHN 2287 SZ RACHEL LMOR
3563A2 07/01/14 11 PHNRES DISC TAKING OUT 303          SCH ACCUR NNI
356B7D 07/01/14 99 ****FIRST-003****
35F245 08/01/14 11 PHNRES SZ FULL NAME LMOR
367098 08/29/14 11 PHNRES SZ NAME LMOR
36E62D 09/26/14 11 PHNRES DISCO SRCH ACCRNT NNI
3AE603 06/04/15 99 ****FIRST-004****
40AE80 06/27/16 11 CLLD #2287 LMOM.
40AE8D 06/27/16 11 PHNRES SZ RACHEL LMOR
40AE91 06/27/16 11 SRCH TLO 132 WAGON TONGUE IS CURRNT /// FD DBTR SSN#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
40AE95 06/27/16 11 CLLD #2287 LMOM.
40AE99 06/27/16 11 SCH TLO 132 WAGON SHOWS CURRENT WILL SEND NOTICE
40AE9C 06/27/16 11 *****10-ALL****
42F22D 12/30/16 06 REC'D DISPUTE FROM EQUIFAX / ACCT 04 / SZ NOT MINE / ANS ALL CORRECT / UPDATED SS#
42F230 12/30/16 06 HAS NEW ADDS                              / ALBUQUERQUE   NM:New Mexico 87107
433CF6 01/24/17 04 REC'D DISPUTE FROM EQUIFAX/SZ NOT MINE/ACCNT 02/ANS ALL CORRECT
433CF8 01/24/17 04 ADDRSS SHOWN ON DISPUTE IS 2401 WELLESLEY DR NE STE 222 ALBUQUERQUE NM 87107
------------------------------------------------------------------------------
  001 KIERNAN, RACHEL BYERSRADIOLOGY IMAGING ASS    26.00 09/07/12      36.59
D 002 KIERNAN, RACHEL BYERSRADIOLOGY IMAGING ASS   122.01 05/16/14     155.64
  003 KIERNAN, RACHEL BYERSRADIOLOGY IMAGING ASS    42.80 07/01/14      54.55
D 004 KIERNAN, RACHEL         MEDICAL IMAGING OF CO 150.00 06/04/15    179.78
------------------------------------------------------------------------------
001    AR KIERNAN, RACHEL BYERS                       AMT OWING    PAYMENTS
          132 WAGON TONGUE                HOME ADDRE      26.00        0.00
09/07/12                                                 10.59        0.00
 002955  BAILEY              CO  N 80421-0000-00          0.00        0.00
         RACHEL BYERS KIERNAN                              0.00        0.00
         7 - BRENNEMAN, JANICE    71010     CHG: 26.00   26.00       36.59
 03051   RADIOLOGY IMAGING ASSOC.                         /  /
N Y      10700 E. GEDDES AVE.                             /  /
         ENGLEWOOD            CO 80112   /  /   04/22/12
 /  /    303 643-4515                                09/07/12
30%  8%                                              09/07/12  06/13/17
------------------------------------------------------------------------------
002    AR KIERNAN, RACHEL BYERS                         AMT OWING   PAYMENTS
          132 WAGON TONGUE RD             HOME ADDRE     122.01        0.00
05/16/14                                                  33.63        0.00
```

```
   003578  BAILEY                   CO  N 80421-0000-00                       0.00        0.00
           RACHEL BYERS KIERNAN                                                0.00        0.00
           22 - FLEISHMAN, MATTHEW      71275          CHG: 157.99           122.01      155.64
   03051   RADIOLOGY IMAGING ASSOC.                                                /    /
   N D     10700 E. GEDDES AVE.                                                    /    /
           ENGLEWOOD                CO 80112      /   /    12/30/13
     /  /  303 643-4515                                               05/16/14
    30%  8%                                                           05/16/14  06/13/17
   ------------------------------------------------------------------------------------------

   003     AR KIERNAN, RACHEL BYERS                                AMT OWING     PAYMENTS
              WAGON                                                    42.80        0.00
   07/01/14                                                            11.75        0.00
   003619  BAILEY                   CO  N 80421-0000-00                 0.00        0.00
           RACHEL BYERS KIERNAN                                         0.00        0.00
           22 - FLEISHMAN, MATTHEW      76705          CHG:  43.20     42.80       54.55
   03051   RADIOLOGY IMAGING ASSOC.                                                /    /
   N Y     10700 E. GEDDES AVE.                                                    /    /
           ENGLEWOOD                CO 80112      /   /    01/03/14
     /  /  303 643-4515                                               07/01/14
    30%  8%                                                           07/01/14  06/13/17
   ------------------------------------------------------------------------------------------

   004     AR KIERNAN, RACHEL                                      AMT OWING     PAYMENTS
              WAGON                                                   150.00        0.00
   06/04/15                                                            29.78        0.00
   004027  BAILEY                   CO  N 80421-0000-00                 0.00        0.00
           RACHEL KIERNAN                                               0.00        0.00
           80 - OLSEN, KATHRYN          71260          CHG: 555.00    150.00      179.78
   03050   MEDICAL IMAGING OF COLO.                                                /    /
   N D     10700 E. GEDDES AVE.                                                    /    /
           ENGLEWOOD                CO 80112      /   /    12/19/14
     /  /  303 643-4515                                               06/04/15
    30%  8%                                                           06/04/15  06/13/17
   ------------------------------------------------------------------------------------------
```

This notice is from a collection agency. It is an attempt to collect a debt and any information obtained will be used for that purpose.