| Business/Trade Name | Licensed Location | Instate Location | Mailing Location | License Number | Original License Date | Status | Cancel/Revoke Date | Action |
|---|---|---|---|---|---|---|---|---|
| AIM HEALTHCARE SERVICES INC DBA HEALTHCARE DATA SOLUTIONS DBA OVERPAYMENT RECOVERY | 1021 WINDCROSS CT FRANKLIN, TN 37067 | 3501 S SHIELDS ST FORT COLLINS, CO 80526 | MN051-A130 13625 TECHNOLOGY DRIVE EDEN PRAIRIE, MN 55344 | 990305 | 7/24/2009 | C | 5/17/2012 | |
| AIM HEALTHCARE SERVICES INC DBA HEALTHCARE DATA SOLUTIONS DBA OVERPAYMENT RECOVERY | 1021 WINDCROSS CT FRANKLIN, TN 37067 | 2100 W DRAKE RD STE 6 FORT COLLINS, CO 80526 | 1021 WINDCROSS CT FRANKLIN, TN 37067 | 988702 | 1/13/2005 | E | 7/2/2006 | |
| AIS SERVICES LLC DBA AIS RECOVERY SOLUTIONS LLC | 1212 CORPORATE DR STE 400 IRVING, TX 75038 | 80 GARDEN CTR BLDG B, STE 3 BROOMFIELD, CO 80020 | 5847 SAN FELIPE STE 1200 HOUSTON, TX 77057 | 991466 | 10/14/2011 | A | | Active |
| AIS SERVICES LLC | 10225 BARNES CANYON RD STE A210 SAN DIEGO, CA 92121 | 13111 E BRIARWOOD AVE STE 340 CENTENNIAL, CO 80112 | 10225 BARNES CANYON RD STE A210 SAN DIEGO, CA 92121 | 990569 | 1/8/2010 | E | 7/2/2013 | Yes |
| ALASKA EASTERN PARTNERS A LIMITED PARTNERSHIP | 323 FIFTH ST EUREKA, CA 95501 | 337 ACOMA ST DENVER, CO 80223 | 323 FIFTH ST EUREKA, CA 95501 | 988995 | 3/4/2005 | C | 8/19/2009 | |
| ALASKA SEABOARD PARTNERS LIMITED PARTNERSHIP | 323 FIFTH ST EUREKA, CA 95501 | 80 GARDEN CTR STE 3 BROOMFIELD, CO 80020 | 323 FIFTH ST EUREKA, CA 95501 | 988998 | 3/4/2005 | C | 10/5/2010 | |
| ALEGIS CORPORATION | 9700 RICHMOND STE 160 HOUSTON, TX 77042 | 252 E MOUNTAIN AVE FORT COLLINS, CO 80524 | 9700 RICHMOND STE 160 HOUSTON, TX 77042 | 987012 | 8/11/1999 | C | 5/25/2000 | |
| ALEGIS CORPORATION | 9700 RICHMOND AVE UNIT 160 HOUSTON, TX 77042 | 1412 PIKES PEAK AVE FORT COLLINS, CO 80524 | 9700 RICHMOND AVE UNIT 160 HOUSTON, TX 77042 | 101468 | 10/13/1994 | C | 7/16/1998 | |
| ALEGIS CORPORATION | 9700 RICHMOND UNIT 160 HOUSTON, TX 77042 | 1412 PIKES PEAK AVE FORT COLLINS, CO 80524 | 9700 RICHMOND UNIT 160 HOUSTON, TX 77042 | 101691 | 7/16/1998 | C | 7/26/1999 | |
| ALEXANDER WRIGHT & ASSOCIATES INC | 1130 E ARAPAHO RD STE 535 RICHARDSON, TX 75081 | 3025 S PARKER RD STE 711 AURORA, CO 80014 | 1130 E ARAPAHO RD STE 535 RICHARDSON, TX 75081 | 989401 | 7/1/2006 | E | 6/27/2007 | |
| ALL AROUND RECOVERY LLC | 506 BREEZE ST CRAIG, CO 81625 | 506 BREEZE ST CRAIG, CO 81625 | 506 BREEZE ST CRAIG, CO 81625 | 990053 | 10/17/2008 | E | 6/9/2009 | |
| ALLAN ASSOCIATES LLC | 13158 W ASBURY CIR LAKEWOOD, CO 80228 | 13158 W ASBURY CIR LAKEWOOD, CO 80228 | PO BOX 260480 LAKEWOOD, CO 80226 | 992356 | 7/1/2015 | A | | Active |
| ALLEGIANT RECEIVABLES SOLUTIONS INC DBA ALLEGIANT COLLECTION SERVICES INC DBA | 12191 W 64TH AVE STE 210 ARVADA, CO 80004 | 12191 W 64TH AVE STE 210 ARVADA, CO 80004 | 12191 W 64TH AVE STE 210 ARVADA, CO 80004 | 992333 | 5/8/2015 | A | | Active |

| Business/Trade Name | Licensed Location | Instate Location | Mailing Location | License Number | Original License Date | Status | Cancel/Revoke Date | Action |
|---|---|---|---|---|---|---|---|---|
| ALLTRAN HEALTH INC | 200 14TH AVE E SARTELL, MN 56377 | 7200 S ALTON WAY STE B180 CENTENNIAL, CO 80112 | PO BOX 519 SAUK RAPIDS, MN 56379 | 101616 | 8/4/1997 | A | Active | Yes |
| ALPAT COMPANY INC | 40070 CANE ST STE 400 SLIDELL, LA 70461 | 27 N WILLERUP STE B MONTROSE, CO 81401 | PO BOX 1689 SLIDELL, LA 70459-1689 | 991477 | 10/26/2011 | C | 2/1/2017 | |
| ALPHA RECOVERY CORP | 6912 S QUENTIN ST STE 10 CENTENNIAL, CO 80112 | 6912 S QUENTIN ST STE 10 CENTENNIAL, CO 80112 | 6912 S QUENTIN ST STE 10 CENTENNIAL, CO 80112 | 991127 | 8/10/2010 | A | Active | Yes |
| ALPINE CREDIT INC | 12191 W 64TH AVE STE 210 ARVADA, CO 80004 | 12191 W 64TH AVE STE 210 ARVADA, CO 80004 | 12191 W 64TH AVE STE 210 ARVADA, CO 80004 | 101292 | 5/8/1992 | C | 1/4/2016 | Yes |
| ALPINE FINANCIAL SOLUTIONS INC | 3600 S BEELER ST STE 300 DENVER, CO 80237 | 3600 S BEELER ST STE 300 DENVER, CO 80237 | 3600 S BEELER ST STE 300 DENVER, CO 80237 | 991220 | 12/2/2010 | E | 7/2/2015 | |
| ALTERNATIVE COLLECTIONS LLC DBA ASSET COMPLIANT SOLUTIONS | 65 LAWRENCE BELL DR WILLIAMSVILLE, NY 14221 | 700 17TH ST STE 200 DENVER, CO 80202 | 65 LAWRENCE BELL DR WILLIAMSVILLE, NY 14221 | 992695 | 9/23/2016 | A | Active | |
| ALTERNATIVE REVENUE SYSTEMS INC DBA FIRSTCHEX | 9250 E COSTILLA AVE STE 130 GREENWOOD VILLAGE, CO 80112 | 9250 E COSTILLA AVE STE 130 GREENWOOD VILLAGE, CO 80012 | 9250 E COSTILLA AVE STE 130 GREENWOOD VILLAGE, CO 80112 | 101450 | 7/18/1994 | E | 7/2/2016 | Yes |
| ALW SOURCING LLC | 500 VIRGINIA DR STE 514 FORT WASHINGTON, PA 19034 | 700 17TH ST STE 200 DENVER, CO 80202 | 3850 N CAUSEWAY BLVD STE 200 METAIRIE, LA 70002 | 989671 | 7/20/2007 | A | Active | |
| AMAN COLLECTION SERVICE INC | 14 S MAIN ST ABERDEEN, SD 57401 | 1560 BROADWAY DENVER, CO 80202 | 800 WALNUT ST F4045-040 DES MOINES, IA 50309-3636 | 101582 | 1/2/1997 | C | 7/3/2007 | Yes |
| AMAN COLLECTION SERVICE INC DBA A C S INC DBA HOSPITAL COLLECTION SERVICE DBA NATIONAL SERVICE DBA | ONE S FIRST ST ABERDEEN, SD 50309 | 2121 S ONEIDA ST STE 330 DENVER, CO 80224 | 206 EIGHTH ST DES MOINES, IA 50309 | 101025 | 8/31/1983 | C | 12/16/1996 | |
| AMCOL SYSTEMS INC | 111 LANCEWOOD RD COLUMBIA, SC 29210 | 3501 S SHIELDS ST FORT COLLINS, CO 80526 | PO BOX 21625 COLUMBIA, SC 29221 | 990757 | 2/5/2010 | A | Active | Yes |
| AMERASSIST A/R SOLUTIONS INC | 1105 SHAMROCK RD STE 502 COLUMBUS, OH 43229 | 80 GARDEN CTR BLDG B, STE 3 BROOMFIELD, CO 80020 | 1105 SHAMROCK RD STE 502 COLUMBUS, OH 43229 | 991122 | 8/4/2010 | A | Active | |
| AMERASSIST A/R SOLUTIONS INC | 8415 PULSAR PL STE 250 COLUMBUS, OH 43240 | 13821 MUIRFIELD CIR BROOMFIELD, CO 80023 | 8415 PULSAR PL STE 250 COLUMBUS, OH 43240 | 989526 | 12/6/2006 | E | 5/23/2010 | |