# Colorado
## Secretary of State
### Wayne W. Williams

About Wayne | Español

**For this Record...**
Filing history and documents
Trade names
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

### Details

| | | | |
|---|---|---|---|
| Name | ALPINE CREDIT, INC., Dissolved May 12, 2016 | | |
| Status | Voluntarily Dissolved | Formation date | 03/27/1992 |
| ID number | 19921032196 | Form | Corporation |
| Periodic report month | March | Jurisdiction | Colorado |
| Principal office street address | 12191 W. 64th Ave., Suite 210, Arvada, CO 80004, United States | | |
| Principal office mailing address | n/a | | |

### Registered Agent

| | |
|---|---|
| Name | THOMAS F. ROMOLA |
| Street address | 12191 W. 64th Ave., Suite 210, Arvada, CO 80004, United States |
| Mailing address | n/a |

Log in to secure business filing

Filing history and documents

Trade names

Get certified copies of documents

File a form

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility



About Wayne | Español

Colorado Secretary of State
Wayne W. Williams

For this Record...
Filing history and documents
Show entity
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

### Details

| | | | |
|---|---|---|---|
| Trade name | Alpine Credit, Inc. | | |
| Registrant name | Allegiant Receivables Solutions, Inc. | | |
| Status | Effective | Formation Date | 01/04/2016 |
| ID number | 20161008151 | Form | Corporation |
| Renewal month | n/a | Expiration Date | n/a |
| Primary residence or usual place of business street address | n/a | | |
| Primary residence or usual place of business mailing address | n/a | | |

Filing history and documents

Show entity

Get a certificate of fact of trade name (PDF)

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility