## Tony Cordova

**From:** noreply@coag.gov
**Sent:** Monday, February 20, 2017 8:52 PM
**To:** CAR Complaint
**Subject:** Alpine Credit

Submitted on Monday, February 20, 2017 - 8:52pm Submitted by anonymous user: 172.110.128.98 Submitted values are:

==Consumer Information==
Consumer Name: Rachel Kiernan
Address: 132 Wagon Tongue Rd.
City: Bailey
State: Colorado
Zip Code: 80421
Email Address: rbkiernan@outlook.com
Phone Number: 720-432-2287
  ==Military Information==
    Are you an active or retired member of the U.S. Armed Forces or a
    dependent? No



OFFICE OF THE
ATTORNEY GENERAL

==Business Information==
 ==Business Information==
 Business Name: Alpine Credit
 Business Address: 2009 Wadsworth Blvd., STE 205
 City: Lakewood
 State: Colorado
 Zip Code: 80421
 Email Address: rbkiernan@outlook.com
 Phone Number: 720-432-2287
 Website:
 Type of Business: Collection Agency
 Other:
 Type of Debt: Other/Unknown.
 Other: Possible medical... or anything else.

==Complaint Information==
 ==Complaint==
 Summary of Complaint:
 I cannot verify any debt with Alpine Credit, though they are
 reporting debts to the credit agencies. These are the reasons
 why I have a problem:
 1. I do not recognize the debts and cannot confirm the debts
 with their (alleged) original creditors.

1

2. Alpine Credit's website doesn't work.
3. EACH time they move, they fail to leave a forwarding address.
4. EACH address they have with the credit bureaus is incorrect. This includes addresses in both Arvada and Lakewood.
5. EACH address with each company listing on-line is incorrect.
6. I, therefore, have absolutely no way of getting, from writing, any way to show that these debts are legitimate (these are not), or that they legally own these debts, or even that they have a license to collect debts.
7. The address listed in this complaint--which is the one I got from both Equifax and Experian--is not their correct address. My mail was returned, AGAIN, even though it was sent certified and even though I have sent certified mail to every single address they have listed.
8. This scam is hurting my credit as I now have 2 collections from this agency on my reports.

==Related Documents==
Do you have any documents you would like to submit with your complaint? Yes
How would you like to submit your documents? Email
Related Documents:
https://coag.gov/sites/default/files/webform/alpine_letter.jpg
Related Documents:

The results of this submission may be viewed at:
https://coag.gov/node/1776/submission/3725



CERTIFIED MAIL

7015 0640 0006 0777 4482

Alpine Credit
2009 Wadsworth Blvd.
Ste 205

