February 26, 2017

State of Colorado – Dept. Of Law
Collection Agency Board
1300 Broadway, 6th Floor
Denver, CO 80203

RE: Complaint of Rachel Kiernan
    Our File #414142

Dear Mr. Cordova,

In reply to the aforementioned complaint, we respond as follows:

We do have 4 accounts assigned us against this consumer. Three from our client Radiology Imaging Associates and one from Medical Imaging of Colorado. They have been assigned from 9/7/2012 thru 6/04/2015. In each case, the address provided us for the consumer has been 132 Wagon Tongue, Bailey, CO 80421 – the same address I seen on this complaint. To date we have sent a total of 5 notices (including the initial validation notice for each) to that address. None have been returned to us as undeliverable for any reason. We have also left several voice mail messages for the consumer at 720-432-2287, all without a return call.

To her complaints-

1) We have properly notified her in writing of each of these accounts on multiple occasions. Each notice includes the name of the original creditor.
2) We do not maintain or advertise a website for consumer use or correspondence.
3) Not only have we properly filed a change of address each of the 2 times we have moved in the past 20 plus years, we have been at our current address since March of 2013. The same address that was on all of our correspondence to her except for the validation notice on the 9/07/2012 account.
4) The credit bureaus are well aware of our correct address and have been all along. If Ms. Kiernan is being provided any other address it is likely from some third party vendor and not Experian, Trans Union or Equifax direct.
5) We have little to no control over on-line listings. Given a choice we certainly would want our company to appear with our correct contact information in all forums. Again this is something beyond our control. We have had the same telephone number since 1992. We are not hard to find.
6) Funny that she objects about our address – While our records reflect the same address for her as in this complaint, we have to date received 2 disputes via the credit bureaus on 2 of these accounts and in each case the dispute shows an address for the consumer of "2401 Welesley Dr. NE Ste 222, Albuquerque, NM, 87107" and not the Bailey Colorado address? So what is her true address?

In closing, we take offense to her claims. Our clients are well known and respected healthcare providers. In each case it appears that these accounts are for services provided to Ms. Kiernan that have been processed by her insurance carrier and these are the remaining balances due by her. She would have been provided with an Explanation of Benefits for each by her insurance carrier showing the remaining balance due from her. Furthermore, our clients had mailed her no less than 3 notices of each account prior to ever assigning them to us for collection.

Please let me know if there is anything else you require.

Sincerely,

Scott M. Allely
President/CEO
Allegiant Receivables Solutions, Inc.
Dba Alpine Credit, Inc.

Encl. – Account File