

CYNTHIA H. COFFMAN
Attorney General

DAVID C. BLAKE
Chief Deputy Attorney General

MELANIE J. SNYDER
Chief of Staff

FREDERICK R. YARGER
Solicitor General

RALPH L. CARR
COLORADO JUDICIAL CENTER
1300 Broadway, 6th Floor
Denver, Colorado  80203
Phone (720) 508-6022

Consumer Protection Section
Consumer Credit Unit

## STATE OF COLORADO
## DEPARTMENT OF LAW

May 9, 2017

Ms. Rachel Kiernan
132 Wagon Tongue Rd.
Bailey, CO 80421

RE:    Your complaint against Allegiant Receivables d/b/a Alpine Credit, Inc.

Dear Ms. Kiernan:

We have carefully reviewed the complaint you filed against the collection agency listed above and its response.  We have enclosed a copy of the collection agency's response for your records.

After reviewing the collection agency's practices, we have determined not to take any action at this time.

Our decision does not limit your legal rights.  You may wish to consult an attorney concerning your rights pursuant to § 12-14-113, C.R.S. and other available legal remedies.

Thank you for taking the time to bring this matter to our attention.

Sincerely,

*Nga Vuong-Sandoval*

NGA VUONG-SANDOVAL
Compliance Investigator
Consumer Credit Unit
(720)508-6100
(720)508-6033 (FAX)
nga.vuong-sandoval@coag.gov