IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RACHEL KIERNAN )<br>)<br>Plaintiff )<br>) **17-cv-1410-NYW**<br>v. )<br>)<br>ALPINE CREDIT, INC. )<br>)<br>)<br>Defendant ) | |

## AFFIDAVIT OF SCOTT ALLELY

COMES NOW SCOTT ALLELY, having been first duly sworn upon Oath, and here deposes and says as follows:

1. That he is the President of Defendant, is over the age of eighteen (18) years, and makes this Affidavit on the basis of his personal knowledge.

2. That he incorporated Allegiant Receivables Solutions, Inc., in April 2015 and obtained for the company a license as a Colorado collection agency. In December 2015, Allegiant purchased the assets of Alpine Credit. Alpine Credit then was licensed and had been for many years prior to the sale. Alpine subsequently dissolved.

3. In January of 2016, after the purchase, he caused a tradename affidavit to be filed with the Colorado Secretary of State, making Alpine Credit a tradename of Allegiant.

4. Also in January of 2016, within the time provided for by the Administrator of the Colorado Fair Debt Collection Practices Act, he contacted Alpine's clients, and re-solicited the accounts of Radiology Imaging and Medical Imaging of Colorado as

accounts of Allegiant d/b/a Alpine. Those accounts included those of the Plaintiff, Rachel Kiernan.

5. That he has reviewed the notes kept by Alpine Credit as part of the assets Allegiant had purchased. Those notes are incorporated into those kept by Allegiant on the accounts of the former Alpine Credit. Those notes are as set forth in Exhibit 4.

6. That he has reviewed the letters and notices of the former Alpine Credit, and submits that the validation of debt notices required by federal and Colorado law were sent on the accounts that are the subject of this action within the time frames provided by those laws.

7. That, as of the date of the purchase, Alpine Credit's location was, as it is presently, at 12191 W 64th Ave., Suite 210, Arvada. Such address was published and generally available on the internet, with telephone providers, and the post office as Alpine's address.

8. That Allegiant, on December 30, 2016, received a consumer inquiry with regard to the Plaintiff's account for Medical Imaging of Colorado from credit reporting agency Equifax, alleging that the Plaintiff did not recognize the accounts. Allegiant responded with the information it had as to identification of the consumer who owed the accounts. This inquiry did not indicate that the debt was not owed or was subject to any disagreement.

9. That Allegiant, on January 24, 2017, received a consumer inquiry with regard to the Plaintiff's 2013 account from Radiology Imaging Associates from credit reporting agency Equifax, alleging that the Plaintiff did not recognize the accounts. Allegiant responded with the information it had as to identification of the consumer who

owed the accounts. This inquiry did not indicate that the debt was not owed or was subject to any disagreement.

10. That Allegiant, on February 17, 2017 and again on February 26, 2017, received a consumer inquiry with regard to the Plaintiff's account from Medical Imaging of Colorado and the 2013 account from Radiology Imaging Associates from credit reporting agency Equifax, alleging identity fraud. He responded that the accounts were disputed. Again, a review of the file showed that the identity of the inquiring party was the same as the identity of Ms. Kiernan by a match of demographic factors. Nonetheless, he retained the "disputed" indication in the accounts' reporting "flag" field.

11. On February 26, 2017, Allegiant received its copy of Exhibit 7, a complaint made to the Administrator of the Colorado Fair Debt Collection Practices Act. He noted the account as "disputed" for credit reporting purposes, responded with the original of Exhibit 8, mailed the Plaintiff a copy of all validation of debt documentation available on each of the four assigned accounts, and subsequently received Allegiant's copy of Exhibit 9, indicating that no action would be taken against the agency. No credit data file had been sent between January 9 and January 22.

12. Since the purchase, Allegiant d/b/a Alpine Credit has continued its Colorado license, and that Exhibit 3 is the current license.

FURTHER AFFIANT SAYETH NAUGHT

_____
Scott Allely

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27 DAY OF FEBRUARY, 2018
seal

_____
Notary Public

My commission expires:

Jodie D. Quint
State of Colorado
Notary Public
Notary ID 20114066568
My Commission Expires 10/19/2019

3