| | |
|---|---|
| Account Number: | 2XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $94 |
| Date of 1st Delinquency: | 01/2014 |
| Balance Date: | 03/2018 |
| Balance Owned: | $118 |
| Last Payment Date: | N/A |
| Status Date: | 03/2018 |
| Status: | D - Unpaid |
| Comments: | Consumer disputes this account information, Medical |

**ALPINE CREDIT INC**

| | |
|---|---|
| Agency Address: | 2009 WADSWORTH BLVD STE 205<br>LAKEWOOD, CO 80215<br>(303) 239-9100 |
| Date Reported: | 02/2018 |
| Date Assigned: | 06/2015 |
| Creditor Classification: | Medical/Health Care |
| Original Creditor Name: | MEDICAL IMAGING OF COLO |
| Account Number: | 1219146000041XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $150 |
| Date of 1st Delinquency: | 12/2014 |
| Balance Date: | 02/2018 |
| Balance Owned: | $188 |
| Last Payment Date: | N/A |
| Status Date: | 02/2018 |
| Status: | D - Unpaid |
| Comments: | Consumer disputes this account information, Medical |

**ALPINE CREDIT INC**

| | |
|---|---|
| Agency Address: | 2009 WADSWORTH BLVD STE 205<br>LAKEWOOD, CO 80215<br>(303) 239-9100 |
| Date Reported: | 02/2018 |

**Case 17-cv-01410-NYW Kiernan v. Alpine Credit, Inc.**

**Exhibit 1**