AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of ___Colorado___

| | | |
|---|---|---|
| _____Kiernan_____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   17-cv-01410-NYW |
| _____Alpine Credit, Inc._____ | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   Judgment is entered on behalf of Defendant Alpine Credit, Inc. and against Plaintiff Rachel Kiernan.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge   Nina Y. Wang in the Memorandum Opinion and Order [28]   on a motion for _____
Summary Judgment [18]
_____ .

Date: _____05/30/2018_____              *CLERK OF COURT*

                                            s/ B. Wilkins
                                    _____
                                      *Signature of Clerk or Deputy Clerk*